USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 0 2005

GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht (MV 1118)
17 State Street
New York, New York  10004-1501
(212) 269 2500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL WELFARE
FUND, PENSION FUND, ANNUITY FUND,
TRAINING PROGRAM FUND and
JOHN J. VIRGA, in his fiduciary capacity as Director,

                                                      05 Civ. 0201(GBD)

                                                      STIPULATION AND ORDER
                                                      OF SETTLEMENT

                                  Plaintiffs,

          - against -

JANSONS ASSOCIATES, INC., and
ROBERT SUNAMIS,

                              Defendants.
-------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and among plaintiffs MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, TRAINING PROGRAM FUND and JOHN J. VIRGA in his fiduciary capacity as Director of the FUNDS (hereinafter "PLAINTIFF") and defendants JANSONS ASSOCIATES, INC.. (hereinafter "CORPORATION"), and ROBERT SUNAMIS (hereinafter "SIGNATORY") (sometimes collectively referred to as "DEFENDANTS"), and their respective counsel that the above-captioned action be and the same hereby is, settled upon the following terms and conditions:

      1.      DEFENDANTS, jointly and severally, agree to pay to PLAINTIFF the amount of $77,902.33 for the period February 1, 2004 through June 30, 2004 as and for fringe benefit contributions due and owing PLAINTIFF pursuant to a collective bargaining agreement entered into between the UNION and the DEFENDANTS to which PLAINTIFF is a third party beneficiary, and an additional $1,594.99 in interest incurred for late payment to PLAINTIFF by DEFENDANTS, an additional $1,594.99 in statutory damages,

$400.00 costs for failure to provide an audit, $190.00 costs in bringing this action and $ 2,923.00 in attorneys' fees incurred for late payment to PLAINTIFF by DEFENDANTS for a total sum of $84,605.31.

2.      DEFENDANTS, jointly and severally, further acknowledge an indebtedness to PLAINTIFF as and for unremitted dues checkoffs in the amount of $6,309.90 and as and for unremitted Political Action Committee ("PAC") contributions in the amount of $467.40 for the period February 1, 2004 through June 30, 2004, together with interest in the amounts of $445.32 and $32.99, respectively.

3.      PLAINTIFF hereby agrees to accept payment by DEFENDANTS, jointly and severally, of the total sum of $7,255.61 in full satisfaction of the dues check-offs and PAC contributions for the period February 1, 2004 through June 30, 2004.

4.      The aforesaid total sum of $91,860.92 shall be paid in ten installments, with interest on the declining balance at the rate of 6% per annum.  The first payment shall be in the amount of $9,186.09 and shall be due upon execution of this Stipulation and Order of Settlement by DEFENDANTS.  The next nine installments shall each be in the amount of $9,186.09 and shall be due on the 1st day of each month from May 1, 2005 through January 1, 2006, inclusive.

5.      Payment to the PLAINTIFFS shall be made by check payable to the order of the Mason Tenders District Council Trust Funds and shall be remitted to the offices of the FUNDS at 520 Eighth Avenue, Suite 600, New York, New York  10018.

6. DEFENDANTS acknowledge the numbers set forth above are based on shop steward reports not an audit. If an audit is conducted the defendants agree to make payments in full on the balance due and owing in excess of the above amount with all payments made to date taken into consideration in ascertaining the full balance due and owing.

7.      In the event of a default by DEFENDANTS, or any one of them, of any payment, term or condition agreed to or required by this Stipulation and Order of Settlement, PLAINTIFF shall have the right, at their sole option and discretion, to enter judgment against defendants CORPORATION and SIGNATORY, jointly and severally, for the full amount of the stipulated fringe benefit contribution indebtedness and/or stipulated dues checkoff indebtedness then remaining due, together with all lawful interest thereon, statutory damages, costs of this action, audit costs, reasonable attorneys' fees, and any additional penalties, remedies and damages permitted by law, upon seven business days written notice by certified mail, return receipt requested, to  DEFENDANTS: JANSONS ASSOCIATES, INC. and ROBERT SUNAMIS at 130 Mozart Street, E. Rutherford, New Jersey 07073, and the failure of DEFENDANTS to cure said default within seven

business days of their receipt thereof.  DEFENDANTS waive any notice of the submission of a judgment to the Court under this paragraph.

        8.     Any and all notices or other communications required or permitted to be given under any of the provisions of this Stipulation and Order of Settlement shall be sufficient if in writing and shall be deemed to have been duly given upon the mailing thereof by certified mail, return receipt requested, addressed to the parties at the addresses set forth below (or at such other address as any party may specify by notice to all other parties given as aforesaid).

| | |
|---|---|
| For PLAINTIFFS: | Gorlick, Kravitz & Listhaus, P.C.<br>17 State Street, 4th Floor<br>New York, New York  10004-1501<br>Attn:  Michael J. Vollbrecht, Esq. |
| For DEFENDANTS: | Vic Shioppo<br>Controller<br>Jansons Associates, Inc.<br>130 Mozart Street<br>E. Rutherford, NJ 07073 |

    9.     This Stipulation and Order of Settlement shall be binding upon all PLAINTIFFS and all DEFENDANTS, jointly and severally, their respective assignees, executors, administrators, heirs, successors and assigns.

    10.    This Stipulation and Order of Settlement supersedes all prior agreements and understandings between the parties and constitutes the entire agreement of the parties with respect to the subject matter hereof.  No provision of this Stipulation and Order of Settlement shall be modified, amended, extended, discharged, terminated or waived except by a writing specifically referring to this Stipulation and Order of Settlement and signed by all of the parties hereto and so ordered by the Court.

    11.    No waiver of any breach or default hereunder shall be considered valid unless in writing and signed by the party giving such waiver, and no such waiver shall operate or be construed as a waiver of any subsequent breach or default of the same or similar nature.

    12.    Subject to the approval of this Court, the above-entitled action shall be discontinued with respect to all claims by PLAINTIFFS for the period February 1, 2004 through June 30, 2004 and without assessed costs or attorneys' fees against any party except those specifically included herein, subject to reopening in the event of default or failure of any payment or condition agreed to, or required in this Stipulation and Order of Settlement.

MJVMTDEFILL.STI

13. Each party to this Stipulation and Order of Settlement hereby acknowledges, represents, and warrants that they are authorized to enter into, execute, deliver, perform and implement this Stipulation and Order of Settlement, and agrees to indemnify and hold harmless each other party from all sums which may become due, including costs and reasonable attorneys' fees, as a result of this representation being false or inaccurate.

14. No provision within this Stipulation and Order of Settlement shall prohibit DEFENDANTS from prepaying their stipulated indebtedness to PLAINTIFF and DEFENDANTS shall have the right to prepay without penalty.

Dated:        New York, New York
              ~~April~~ , 2005
              May/ 16

                                          GORLICK, KRAVITZ & LISTHAUS, P.C.
                                          Attorneys for Plaintiffs


                                          By: _____
                                              Michael J. Vollbrecht, Esq.
                                              MV 1118
                                          17 State Street, 4th Floor
                                          New York, New York 10004-1501
                                          (212) 269-2500


                                          Defendants:

                                          By: _____
                                              Vic Shioppo
                                          Contoller
                                          Jansons Associates, Inc.
                                          130 Mozart Street
                                          E. Rutherford, NJ 07073


SO ORDERED:        JUN 10 2005

_Georg B. Daniel_
Hon. George B. Daniels, U.S.D.J.
**HON. GEORGE B. DANIELS**

MJVMTDEFILL.STI                    - 4 -